IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| W. Eric Hulstedt, et al., | No. CV-09-01258-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Scottsdale, et al., | |
| Defendants. | |

The Court has been advised that this case has settled (Doc. 530).

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 60 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings/motions/deadlines.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **March 11, 2014** without further leave of Court.

Dated this 10th day of January, 2014.

_____
G. Murray Snow
United States District Judge