IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| W. Eric Hulstedt, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>City of Scottsdale, et al.,<br><br>         Defendants. | No. CV-09-01258-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion re Compromise of Minor's Claim (Doc. 532). Ruling on the motion will be deferred upon the submission of a proposed judgment order. Accordingly,

**IT IS ORDERED** that Plaintiffs are directed to lodge with the Court a proposed Judgment Order on or before **February 26, 2014**.

Dated this 12th day of February, 2014.

_____
G. Murray Snow
United States District Judge