IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| W. Eric Hulstedt, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>City of Scottsdale, et al.,<br><br>                    Defendants. | No. CV-09-01258-PHX-GMS<br><br>**ORDER APPROVING COMPROMISE OF MINOR'S CLAIM** |

Plaintiff D.H., by and though her counsel submitted a Notice and Motion of Compromise of Minor's Claim (Doc. 532), there has been a response (Doc. 533), a reply (Doc. 534) and a supplement to the original motion (Doc. 535). The Court has reviewed and considered these papers and the pleadings and records in this action and makes the following findings:

1.      On March 28, 2011 United States Magistrate Judge Lawrence O. Anderson concluded there was good cause to appoint an independent person as *guardian ad litem* for D.H. Richard M. Gerry, Esq. was appointed as D.H.'s *guardian ad litem*. Doc#183 The Order further directed that no claim on behalf of D.H. may be settled or compromised absent an order of the Court finding that such a request is in D.H.'s best interests and if money, or a combination of money and structured settlement, is

recovered, such money shall be deposited in a secure, interest-bearing bank account with restrictions. Id, at 3:19-28.    The order is in harmony with Rule 17(c) requiring the district court to conduct its own inquiry to determine whether the settlement serves the interests of the minor child.

2. The Court has considered the net recovery to the minor plaintiff and finds it is fair and reasonable in light of the facts of the case, the minor's specific claim, and recovery in similar cases.

3. The Court further finds that the Maricopa County Superior Court, Probate Division considered a Petition for Appointment of Permanent Conservator for D.H. in PB2014-001754.  In granting the petition the Probate Court found that the proposed settlement and allocation to the minor child in the amount of $200,000.00 is fair and equitable under all circumstances. That Court found also that the proposal to combine a $175,000.00 structured settlement annuity and the funding of $25,000.00 restricted account to be in the best interests of the minor. That Court appointed Rachel Morris to act as the Conservator of D.H. and placed restrictions upon the withdrawals of principal or interest on the restricted account.

4. This Court finds that the findings and orders of the Probate Court satisfy the orders of Magistrate Judge Lawrence O. Anderson (Doc.#183) and this Court agrees and adopts the findings of the Probate Court that the minor's best interests are served by utilizing a combination of structured settlement and money.

/ / /

**IT IS HEREBY ORDERED** granting the Motion re Compromise of Minor's Claim (Doc. 532).

1. The minor's claims against the Defendant City of Scottsdale as compromised pursuant to the terms of the settlement agreement and as set forth in the Motion of Compromise of Minor's Claim is approved, and the Motion is GRANTED.

2. The Court approves the total distribution of $200,000 to the minor; $175,000 being placed in a structured settlement annuity policy though The Prudential Insurance Company of America, and $25,000 being placed in a restricted account to be administered in accordance with the Order Appointing Conservator for Minor issued by the Maricopa County Superior Court, Probate Division on February 11, 2014.

No award for attorney's fees is ordered on D.H.'s settlement, as counsel waived their fees on behalf of this Plaintiff.

Dated this 27th day of February, 2014.

*A. Murray Snow*
G. Murray Snow
United States District Judge