IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| W. Eric Hulstedt, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Scottsdale, et al.,<br><br>    Defendants. | No. CV-09-01258-PHX-GMS<br><br>**ORDER** |

  The Court, having reviewed the parties' Stipulation to Dismiss (Doc. 545, and good cause appearing,

  **IT IS HEREBY ORDERED** dismissing the above-captioned action with prejudice, each party to bear their own attorneys' fees and costs.

  Dated this 20th day of March, 2014.

_/s/ A. Murray Snow_
G. Murray Snow
United States District Judge